## TOBE CONLEY et al. v. STATE.

No. A-6615. Opinion Filed April 13, 1929.
Rehearing Denied April 27, 1929.
(276 Pac. 1117.)

Clay Snodgrass, for plaintiffs in error.

Edwin Dabney, Atty. Gen., for the State.

PER CURIAM. The plaintiffs in error were convicted in the county court of Jackson county for transporting liquor, and were each sentenced to pay a fine of $50 and to serve 30 days in the county jail.

The judgment was rendered in January, 1927, and the appeal was lodged in this court in May, 1927. No

briefs in support of the appeal have been filed. An examination of the record discloses no jurisdictional or fundamental error.

The case is affirmed.